ROBERT MOORE, Appellant, v. T. K. WOOD et al.,
Respondents.

Springfield Court of Appeals, July 28, 1913.

Chas. J. Meyers et al. v. T. K. Wood et al., *ante*, followed.

Appeal from Jasper County Circuit Court, Division
No. One.—*Hon. Joseph D. Perkins*, Judge.

AFFIRMED.

*J. D. Harris*, for Appellant.

*George W. Crowder* and *McReynolds* and *Halliburton*, for respondents.

Briefs same as in case of Meyers et al. v. Wood
et al., page 564.

FARRINGTON, J.—This case is in all respects
identical with that of Myers et al. v. Wood et al. in
which an opinion was this day handed down. The
record in the Myers case contains a stipulation that
said case and the above-entitled case be tried together
on the same testimony and that the record should be
the same in both cases. It follows that what we have
said in the opinion in Myers case applies with equal
force in this, and it is adopted as the opinion herein.
The judgment is affirmed. All concur.